Woodward v. USA.

Motion for Reconsideration

Please reconsider the order of 6-10-2005. Jay did not have all of the facts attached to the amended 2255. Thank-you

Jay Woodward
80126-038
Federal Correctional Complex
P.o. Box 3000 (medium)
Forrest City Ark.
72336