UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JAY WOODWARD, PETITIONER,

    v.

UNITED STATES, RESPONDENT

Civil No. 05-11089-WGY

MOTION TO AMEND/SUPPLEMENT[1] PETITIONER'S 28 U.S.C. § 2255 MOTION PURSUANT TO 28 U.S.C. § 2242

    NOW COMES, Jay Woodward, pro se, and hereby moves to amend/supplement his motion under 28 U.S.C. §2255 pursuant to 28 U.S.C. §2242 and Fed.R.Civ.P. Rule 15(a).

    28 U.S.C. §2242 states, the writ "...may be amended or supplemented as provided in the rules of procedure applicable to civil actions." Fed.R.Civ.P. Rule 15(a) provides, "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is filed."

    The government/respondent[2] has not filed a response to the petitioners original pleading under 28 U.S.C. §2255 so this amended/supplemental pleading is both timely and appropriate.

Respectfully Submitted,

*Jay Woodward*  June 17 2005

Jay Woodward, pro se

---

[1]  The petitioner filed an original 28 USC §2255 only a few weeks ago. This petition seeks to amend only so much as it pertains to supplementing the original arguments with the additional arguments set forth in the attached motion under 28 USC §2255. None of the prior arguments are meant to be replaced or vioded by this filing.

[2]  The government/respondent (to the petitioner's knowledge) has not yet been served with a copy of the originally filed motion by the petitioner made under 28 USC §2255. If it has, it has only been so served a very short time-period ago. Therefore, no prejudice or delay will be caused by this amended filing.