UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAY WOODWARD,                )
                             )
        Petitioner,          )
                             )
    v                        )    CASE No. 1:05cv11089 WGY
                             )
UNITED STATES OF AMERICA,    )
                             )
        Respondent.          )

### NOTICE OF APPEAL

On or about June 13, 2005, this Court denied petitioner's Section 2255 motion.

This is petitioner's formal notice of appeal to that denial and to the denial of the motion to reconsider of June 24, 2005.

Respectfully Submitted this 24Th day of July, 2005.

By X_____
    JAY WOODWARD, Pro Se
    80126-038
    Federal Correctional Complex
    Box 3000 (MEDIUM)
    Forrest City, Arkansas 72336


### CERTIFICATE OF SERVICE

I, **JAY WOODWARD**, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this notice to the United States Attorney @ the United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

Executed this 24Th day of July, 2005.

By X_____
    Jay Woodward, Affiant

(28 USC Section 1746)