# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11089

Jay Woodward

v.

United States of America

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/29/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 10, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/10/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11089-WGY

Woodward v. United States of America
Assigned to: Chief Judge William G. Young
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 05/23/2005
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Jay Woodward**    represented by    **Jay Woodward**
80126-038
Federal Correctional Institution-El Reno
P.O. Box 3000
Forrest City, AR 72336
PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2005 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Jay Woodward.(Bell, Marie) (Entered: 05/27/2005) |
| 05/23/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter |

| | | |
|---|---|---|
| | | will be transmitted to Magistrate Judge Collings. (Bell, Marie) (Entered: 05/27/2005) |
| 06/10/2005 | | Judge William G. Young : Electronic ORDER entered. re 1 Motion to Vacate/Set Aside/Correct Sentence (2255) filed by Jay Woodward. THIS PETITION IS DISMISSED SUA SPONTE. PETITIONER IS SEEKING TO CLAIM RIGHTS UNDER BOOKER V. UNITED STATES, WHICH IS NOT RETROACTIVE. cc/cl.(Bell, Marie) (Entered: 06/13/2005) |
| 06/13/2005 | | Civil Case Terminated. (Bell, Marie) (Entered: 06/13/2005) |
| 06/22/2005 | 2 | MOTION for Reconsideration re Order dismissing Motion to Vacate, by Jay Woodward.(Bell, Marie) (Entered: 06/24/2005) |
| 06/22/2005 | 3 | MOTION to Amend 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Jay Woodward. (Bell, Marie) (Entered: 06/24/2005) |
| 06/22/2005 | 4 | MOTION to Appoint Counsel and an Evidentiary Hearing to Fully Develop the Record by Jay Woodward.(Bell, Marie) (Entered: 06/24/2005) |
| 06/24/2005 | | Judge William G. Young : Electronic ORDER entered. 2 Motion for Reconsideration re Order Dismissing Motion to Vacate is DENIED. 3 Motion to Amend is DENIED AS FUTILE. BOOKER IS NOT RETROACTIVE. 4 Motion to Appoint Counsel is DENIED. cc/cl. (Bell, Marie) (Entered: 06/24/2005) |
| 07/29/2005 | 5 | NOTICE OF APPEAL as to Order on Motion for Reconsideration,, Order on Motion to Amend,, Order on Motion to Appoint Counsel,, Order, by Jay Woodward. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm |

|  |  | MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/18/2005. cc/cl.(Bell, Marie) (Entered: 08/03/2005) |