UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAY WOODWARD,                          )
                                       )
                    Petitioner,        )
                                       )
              v                        )    CASE No. 1:05cv11089
                                       )
UNITED STATES OF AMERICA,              )
                                       )
                    Respondent.        )

MOTION FOR A CERTIFICATE OF APPEALABILITY

     NOW COMES, Petitioner, JAY WOODWARD, Pro Se, and respectfully
moves this Honorable Court to grant him a certificate of appealability
to the order denying his 2255 motion.  In support, he states:

1.   According to the relevant statute, a prisoner need only demonstrate
"a substantial showing of the denial of a constitutional right."  The
petitioner satisfies this standard by demonstrating that jurists of
reason could disagree with the district court's resolution of his
case or that the issue presented was adequate to encouragement to
proceed further.  The question is the debatability of the underlying
constitutional claim.  But, until a COA has been issued, federal courts
of appeals lack jurisdiction to rule on the merits of an appeal from
the denial of a habeas petition.

2.   When a COA is sought, the whole premise is that the prisoner has
already failed in the endeavor of convincing a district court that there
is certainty of ultimate relief.  Barefoot v Estalle, 463 US 880 (1983).
Therefore, a petitioner need not convince a court that he would prevail,
but only that there is debatability of the underlying constitutional
claims.  Slack v McDaniel, 529 US 473 (2000); Hohn v United States,
524 US 236 (1998).

3.   It is not required that petitioner prove, before the issuance
of a COA, that some jurists would grant the petition.  Miller-El v
Cockrell, 537 US 322 (2003).

WHEREFORE, Petitioner asks for Certificate of Appealability.

Respectfully Submitted this __12__ day of August, 2005.

                         By _____
                            JAY WOODWARD, Pro Se 80126-038
                            Federal Correctional Complex
                            Box 3000 (MEDIUM)
                            Forrest City, Arkansas 72336

CERTIFICATE OF SERVICE

     I, JAY WOODWARD, after having been duly sworn and under oath,
hereby depose and state that on this day I mailed a copy of this motion
to the United States Attorney for the District of Massachusetts @
One Courthouse Way, United States Courthouse, Suite 9200, Boston,
Massachusetts 02210.

Executed this __12__ day of August, 2005.
                         By _____
(28 USC Section 1746)       Jay Woodward, Affiant